| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | **Order Filed on August 29, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>VYACHELSA AYZBRUKH<br>ELEONORA AYZBRUKH<br><br>                     Debtors | Case No.: 19-18512<br><br>Adv. No:<br><br>Hearing Date: August 21, 2019 @ 9:00 A.M.<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

**ORDER TO MODIFY PROOF OF CLAIM #9 FILED BY
WELLS FARGO BANK, N.A. FROM SECURED TO UNSECURED**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: August 29, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:     Vyachelsa & Eleonora Ayzbrukh
Case No.    19-18512(MBK)
Caption of Order: ORDER TO MODIFY PROOF OF CLAIM #9 FILED BY WELLS FARGO BANK, N.A. FROM SECURED TO UNSECURED
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Modify Proof of Claim #9 filed by Wells Fargo Bank, N.A. from secured to unsecured and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R  D E R E D** that Proof of Claim #9 filed by Wells Fargo Bank, N.A. shall be and is hereby modified from secured to unsecured; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __5__ days of the date hereof.

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                        Case No. 19-18512-CMG
Vyachelsa Ayzbrukh                                            Chapter 13
Eleonora Ayzbrukh
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Aug 29, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db/jdb         +Vyachelsa Ayzbrukh,    Eleonora Ayzbrukh,    7 Charles Street,    Howell, NJ 07731-1288

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Eleonora  Ayzbrukh bkwoliver@aol.com, R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Vyachelsa  Ayzbrukh bkwoliver@aol.com, R59915@notify.bestcase.com
                                                                                             TOTAL: 6