| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |

Order Filed on March 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Eleonora Ayzbrukh
*aka* Eleonora Kotlyar-Ayzbrukh
*aka* Eleonora Kotlyar
Vyachelsa Ayzbrukh
*aka* Steven Ayzbrukh

Debtors.

Chapter 13

Case No. 19-18512-CMG

Judge Christine M. Gravelle

### CONSENT ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 24, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Eleonora Ayzbrukh and Vyachelsa Ayzbrukh |
| Case No.: | 19-18512-CMG |
| Caption of Order: | **CONSENT ORDER VACATING THE AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the Motion for Relief from Stay filed by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Creditor"), whereas the Debtor has made all the contractual payments pursuant to the underlying lease and returned the Vehicle at the end of the lease term, and whereas the Debtor and Creditor are in agreement, it is **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the personal property described as **2018 Toyota C-HR, VIN: NMTKHMBX8JR044926** ("Vehicle").

2. Creditor has complete relief from the automatic stay to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ R. Cameron Legg* | */s/Gavin N. Stewart* |
| R. Cameron Legg, Esq. | Gavin N. Stewart, Esq. |
| Oliver & Legg, LLC | Stewart Legal Group, P.L. |
| 2240 State Highway 33, Suite 112 | 401 East Jackson Street, Suite 2340 |
| Neptune, NJ 07753 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |