|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on March 24, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Eleonora Ayzbrukh<br>*aka* Eleonora Kotlyar-Ayzbrukh<br>*aka* Eleonora Kotlyar<br>Vyachelsa Ayzbrukh<br>*aka* Steven Ayzbrukh<br><br>                Debtors. | Chapter 13<br><br>Case No. 19-18512-CMG<br><br>Judge Christine M. Gravelle |

## CONSENT ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 24, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors: Eleonora Ayzbrukh and Vyachelsa Ayzbrukh
Case No.: 19-18512-CMG
Caption of Order: **CONSENT ORDER VACATING THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from Stay filed by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Creditor"), whereas the Debtor has made all the contractual payments pursuant to the underlying lease and returned the Vehicle at the end of the lease term, and whereas the Debtor and Creditor are in agreement, it is **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the personal property described as **2018 Toyota C-HR, VIN: NMTKHMBX8JR044926** ("Vehicle").

2. Creditor has complete relief from the automatic stay to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

**STIPULATED AND AGREED:**

*/s/ R. Cameron Legg*
R. Cameron Legg, Esq.
Oliver & Legg, LLC
2240 State Highway 33, Suite 112
Neptune, NJ 07753
*Counsel to Debtor*

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-18512-CMG
Vyachelsa Ayzbrukh  Chapter 13
Eleonora Ayzbrukh
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Vyachelsa Ayzbrukh, Eleonora Ayzbrukh, 7 Charles Street, Howell, NJ 07731-1288

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | |

on behalf of Joint Debtor Eleonora Ayzbrukh courtdocs@oliverandlegg.com R59915@notify.bestcase.com

William H. Oliver, Jr.

on behalf of Debtor Vyachelsa Ayzbrukh courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 7