| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Vyachelsa Ayzbrukh<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6131<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Eleonora Ayzbrukh<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0881<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–18512–CMG | | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vyachelsa Ayzbrukh
aka Steven Ayzbrukh

Eleonora Ayzbrukh
aka Eleonora Kotlyar–Ayzbrukh, aka Eleonora Kotlyar

<u>1/10/24</u>

**By the court:** <u>Christine M. Gravelle</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-18512-CMG
Vyachelsa Ayzbrukh                                                                          Chapter 13
Eleonora Ayzbrukh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5
Date Rcvd: Jan 10, 2024      Form ID: 3180W      Total Noticed: 81

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vyachelsa Ayzbrukh, Eleonora Ayzbrukh, 7 Charles Street, Howell, NJ 07731-1288 |
| cr | + | Toyota Motor Credit Corporation as servicer for To, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518208514 | + | A-1 Collection, c/o Centrastate Hospital, 2297 Highway 33, Trenton, NJ 08690-1717 |
| 518208516 | + | ACS Education/Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518208517 | + | ACS Education/Bank of America, 501 Bleecker St, Utica, NY 13501-2401 |
| 518208525 | | Barron Emergency Physicans, PO Box 7418, Philadelphia, PA 19101-7418 |
| 518208529 | + | Central Jersey Emerg. Med. Assoc., P.O. Box 7200, Freehold, NJ 07728-7200 |
| 518208530 | + | Central Newborn Care, PO Box 74, Skillman, NJ 08558-0074 |
| 518208532 | + | Discover Personal Loan, 502 E Market St, Greenwood, DE 19950-9700 |
| 518208535 | | Jersey Shore University Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 518208536 | + | LTD Financial Services, 3200 Wilcrerst Suite 600, Houston, TX 77042-6000 |
| 518209801 | + | Lyudmilia Kotlyar, 7 Charles Street, Howell, NJ 07731-1288 |
| 518208537 | + | Meridian, PO Box 9319, Trenton, NJ 08650-1319 |
| 518208546 | | NYU Winthrop Medical Aff., PO Box 419837, Boston, MA 02241-9837 |
| 518208547 | + | NYU Winthrop Medical Affiliates, PO Box 419837, Boston, MA 02241-9837 |
| 518208548 | + | Orthocenter, PO Box 1870, Cary, NC 27512-1870 |
| 518208549 | + | Poms Recoveries, PO Box 1150, Farmingdale, NY 11735-0854 |
| 518208552 | + | Rthocenter, PO Box 1870, Cary, NC 27512-1870 |
| 518208554 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518395170 | + | Toyota Lease Trust, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518208566 | + | Traf Group Inc/A-1 Collections, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |
| 518208570 | + | Wakefield & Associates, 409 Bearden Park Circle, Knoxville, TN 37919-7406 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518208515 | | Email/Text: mpieslak@waterfallrevenuegroup.com | Jan 10 2024 20:50:00 | A-1 Collection Service, 2297 Highway 33, Suite 906, Trenton, NJ 08690-1717 |
| 518208518 | + | Email/Text: amscbankruptcy@adt.com | Jan 10 2024 20:51:00 | ADT Securoty Systems Inc., PO Box 650485, Dallas, TX 75265-0485 |
| 518208519 | ^ | MEBN | Jan 10 2024 20:45:15 | AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 518208520 | | Email/Text: bankruptcydepartment@tsico.com | Jan 10 2024 20:51:00 | Alltran Financial, LP, PO Box 4043, Concord, CA 94524-4043 |
| 518332458 | | EDI: GMACFS.COM | | |

| ID | Type | Date/Time | Recipient |
|---|---|---|---|
| | | Jan 11 2024 01:38:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519260260 | + EDI: AISACG.COM | Jan 11 2024 01:38:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518208521 | + EDI: GMACFS.COM | Jan 11 2024 01:38:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518208522 | + EDI: GMACFS.COM | Jan 11 2024 01:38:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 518208523 | + EDI: TSYS2 | Jan 11 2024 01:38:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518208524 | + EDI: TSYS2 | Jan 11 2024 01:38:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518208526 | + Email/Text: bankruptcy@ctech-collects.com | Jan 10 2024 20:50:00 | C. Tech Collections, Inc., Po Box 402, Mount Sinai, NY 11766-0402 |
| 518208528 | + EDI: CAPITALONE.COM | Jan 11 2024 01:38:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518208531 | + EDI: DISCOVERPL | Jan 11 2024 01:38:00 | Discover Personal Loan, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 518274010 | + EDI: DISCOVERPL | Jan 11 2024 01:38:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518208533 | ^ MEBN | Jan 10 2024 20:43:28 | GreenSky, c/o Renasant Bank, PO Box 29429, Atlanta, GA 30359-0429 |
| 518272570 | + Email/Text: bankruptcy@greenskycredit.com | Jan 10 2024 20:50:00 | Greensky LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 518208534 | EDI: IRS.COM | Jan 11 2024 01:38:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518208541 | ^ MEBN | Jan 10 2024 20:45:28 | MRS Associates, 1930 Onley Avenue, Cherry Hill, NJ 08003-2016 |
| 518208542 | ^ MEBN | Jan 10 2024 20:42:14 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518208538 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2024 20:51:00 | Midland Credit Management Inc,, c/o Capital One, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518208539 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2024 20:51:00 | Midland Credit Management Inc,, c/o PayPal, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518208540 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2024 20:51:00 | Midland Credit Management Inc,, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518334422 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2024 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518208545 | ^ MEBN | Jan 10 2024 20:44:28 | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 518208543 | + EDI: NAVIENTFKASMSERV.COM | Jan 11 2024 01:38:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518208544 | + EDI: NAVIENTFKASMSERV.COM | Jan 11 2024 01:38:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518245790 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 10 2024 20:49:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 518208551 | EDI: PRA.COM | Jan 11 2024 01:38:00 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Blvd Ste, Norfolk, VA 23502-4962 |

Case 19-18512-CMG    Doc 51    Filed 01/12/24    Entered 01/13/24 00:16:08    Desc Imaged
Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 5 |
| Date Rcvd: Jan 10, 2024 | Form ID: 3180W | Total Noticed: 81 |

| | | | |
|---|---|---|---|
| 518208550 | EDI: PRA.COM | Jan 11 2024 01:38:00 | Portfolio Recovery Associates, c/o Capital One, P. O. Box 12914, Norfolk, VA 23541 |
| 518335838 | EDI: PRA.COM | Jan 11 2024 01:38:00 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 518333796 | EDI: PRA.COM | Jan 11 2024 01:38:00 | Portfolio Recovery Associates, LLC, c/o Dmb, POB 41067, Norfolk VA 23541 |
| 518335837 | EDI: PRA.COM | Jan 11 2024 01:38:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 518208553 | Email/Text: bankruptcy@sequium.com | Jan 10 2024 20:50:00 | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 518209462 | + EDI: SYNC | Jan 11 2024 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518208555 | EDI: SYNC | Jan 11 2024 01:38:00 | Synchrony Bank, c/o Mastercard, PO Box 965064, Orlando, FL 32896-5064 |
| 518208556 | + EDI: SYNC | Jan 11 2024 01:38:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518208557 | + EDI: SYNC | Jan 11 2024 01:38:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518208558 | + EDI: SYNC | Jan 11 2024 01:38:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518208559 | + EDI: SYNC | Jan 11 2024 01:38:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 518208560 | + Email/Text: ClericalSupport@tenagliahunt.com | Jan 10 2024 20:50:00 | Tenaglia & Hunt, P.A, 395 W. Passaic Ste 205, Rochelle Park, NJ 07662-3016 |
| 518301168 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 10 2024 20:50:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519213432 | Email/PDF: bncnotices@becket-lee.com | Jan 10 2024 21:04:26 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518208562 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 10 2024 20:50:00 | Toyota Motor Credit, 240 Gibraltar Road, Suite 260, Horsham, PA 19044-2387 |
| 518208563 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 10 2024 20:50:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 518208564 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 10 2024 20:50:00 | Toyota Motor Credit Co, 4 Gatehall Dr, Parsippany, NJ 07054-4522 |
| 518293948 | Email/PDF: bncnotices@becket-lee.com | Jan 10 2024 21:04:25 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518208565 | + Email/Text: mpieslak@waterfallrevenuegroup.com | Jan 10 2024 20:50:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 518288123 | Email/Text: electronicbkydocs@nelnet.net | Jan 10 2024 20:51:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518208567 | + Email/Text: electronicbkydocs@nelnet.net | Jan 10 2024 20:51:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 518208568 | + Email/Text: electronicbkydocs@nelnet.net | Jan 10 2024 20:51:00 | US Deptartment of Education/Great Lakes, 2401 International Lane, Madison, WI 53704-3121 |
| 518315060 | + EDI: AIS.COM | Jan 11 2024 01:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518208569 | + EDI: VERIZONCOMB.COM | | |

Case 19-18512-CMG    Doc 51    Filed 01/12/24    Entered 01/13/24 00:16:08    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 10, 2024 | Form ID: 3180W | Total Noticed: 81 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518208571 | | EDI: WFFC | Jan 11 2024 01:38:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| | | | Jan 11 2024 01:38:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 518309121 | + | EDI: WFFC2 | Jan 11 2024 01:38:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, POB 1629, Minneapolis, MN 55440-1629 |
| 518316014 | | EDI: WFFC2 | Jan 11 2024 01:38:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518208572 | + | EDI: WFFC2 | Jan 11 2024 01:38:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 518208573 | + | EDI: WFFC2 | Jan 11 2024 01:38:00 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518208527 | *+ | C.tech Collections, Inc., PO Box 402, Mount Sinai, NY 11766-0402 |
| 518208561 | *+ | Tenaglia & Hunt,P.A, 395 W. Passaic Ste 205, Rochelle Park, NJ 07662-3016 |
| 518909224 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK NA ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert Cameron Legg | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Jan 10, 2024 | Form ID: 3180W | Total Noticed: 81 |

Robert Cameron Legg
    on behalf of Joint Debtor Eleonora Ayzbrukh courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

    on behalf of Debtor Vyachelsa Ayzbrukh courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8